**492-15**

# ELECTRONIC RECORD

COA # <u>12-13-00308-CR</u>     OFFENSE: <u>29.03</u>

STYLE: David Eugene Ford v. The State of Texas     COUNTY: <u>Smith</u>

COA DISPOSITION: <u>AFFIRMED</u>     TRIAL COURT: <u>114th District Court</u>

DATE: <u>2/27/2015</u>     Publish: <u>NO</u>     TC CASE #: <u>114-1281-12</u>

# IN THE COURT OF CRIMINAL APPEALS

STYLE: David Eugene Ford v. The State of Texas     CCA #: <u>**492-15**</u>

<u>PRO SE</u> Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

<u>refused</u>     JUDGE: _____

DATE: <u>July 29, 2015</u>     SIGNED: _____     PC: _____

JUDGE: <u>pc</u>     PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**